V(8)(D)(2), and that respondent bear the costs of publication.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

## MISCELLANEOUS DISMISSALS

2003–0719.   State v. Lentz.

This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due July 11, 2003, in compliance with the June 11, 2003 order of this court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2003–0865.   State ex rel. Josephson v. Indus. Comm.

Franklin App. No. 02AP–823, 2003-Ohio-1673.

2003–0960.   State ex rel. Sanor Sawmill, Inc. v. Indus. Comm.

Franklin App. No. 02AP–880, 2003-Ohio-2413.

[Cite as *07/16/2003 Case Announcements,* 2003-Ohio-3669.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 16, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

2003–0831.   State ex rel. Gamble v. Ohio Dept. of Rehab. & Corr.

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

2003–0883.   State ex rel. Whitmore v. O'Neill.

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

2003–0939.   Rexrode v. Zajkowski.

In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

2003–0988.   State ex rel. Raymer v. Court of Common Pleas.

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

2003–0992.   Fairrow v. Saunders.

In Habeas Corpus. On petition for writ of habeas corpus of David E. Fairrow. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.